BOROUGH OF HASBROUCK HEIGHTS IN THE COUNTY OF BER-
GEN v. JOSEPH A. LeFANTE, COMMISSIONER, DEPART-
MENT OF COMMUNITY AFFAIRS, STATE OF NEW JERSEY.

December 15, 1981.

Petition for certification denied.